No. 1943, Misc. BUIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1950, Misc. CANTRELL *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 1973, Misc. COOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 1975, Misc. LLOYD *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 1990, Misc. GRIMES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 2033, Misc. PENNEY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

*Rehearing Denied*

No. 1436, Misc. JULIANO *v.* CARDWELL, WARDEN, 397 U. S. 1046;

No. 1615, Misc. KERNER ET UX. *v.* CIBA CORP., 397 U. S. 1050;

No. 1738, Misc. GORDON *v.* BRIGHT ET AL., 397 U. S. 1057; and

No. 1823, Misc. MIDDLETON *v.* UNITED STATES, 397 U. S. 1071. Petitions for rehearing denied.

